# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Wayne Lee Snell AKA Blackbear
  (Plaintiff)

vs.

SHERIFF HARLEN MOORE
UNDERSHERIFF CARL SLOAN
DELAWARE COUNTY OKLAHOMA
SHERIFFS DEPARTMENT
  Defendant(s)



**FILED**
DEC 16 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Case Number:
(To be supplied by Court Clerk)

**13 CV-789 TCK-FHM**

| Current Location (including Address) of Confinement: | Prisoner Number: |
|---|---|
| Wayne Snell AKA Blackbear<br>P.O. Box 476<br>Jay OK. 74346 | 434935 |

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

**A. Parties**

1) WAYNE SNELL, BLACKBEAR (Plaintiff) is a citizen of Oklahoma (State) who presently resides at Delaware County Jail P.O. Box 476 Jay OK 74346 (Mailing address or place of confinement)

2) Defendant HARLEN MOORE (Name of first defendant) is a citizen of Jay, Oklahoma (City, State), and is employed as Sheriff of Delaware County (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☐ Yes ☑ No ?
If your answer is yes, briefly explain: _____

3) Defendant CARL SLOAN (Name of second defendant) is a citizen of Jay Oklahoma (City, State), and is employed as UnderSheriff of Delaware County (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☐ Yes ☐ No

Civil Rights Complaint Pursuant to 42 U.S.C. § 1983        1        PR-01 (07/08)

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpy's   ✓ No Env/Cpy's   ___ O/J   ___ O/MJ

IFP/ summons /USMS in Hold tray

If your answer is yes, briefly explain: _____

*[You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.]*

B. **Jurisdiction**

1) Jurisdiction is asserted pursuant to: (Check one)

   [✓] 42 U.S.C. §1983 (applies to state prisoners)

   [ ] Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   N/A
   N/A

C. **Nature of Case**

1) Briefly state the background of your case. Had a slip an fall in Delaware County jail shower and tore tendons in left leg. I am filing this due to denied medical attention cause the Delaware County Jail want give me serious medical Attention

D. **Cause of Action**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

   a) (1) Count I: Failed to seek more medical attention after Doctor said it needs more serious medical attention (surgury)

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

   I Wayne Snell AKA Blackbear was getting out of shower and slipped and tore tendons on 2/25/13 or 2/24/13 in Delaware County Jail Billy William Kidd was working and alerted jail administrator

   b) (1) Count II: N/A
   N/A

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

N/A
N/A
N/A

c) (1) Count III: N/A
N/A
N/A

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

N/A
N/A
N/A

E. **Request for Relief**

1) I believe that I am entitled to the following relief: Hospital Bills, Pain and Suffering Cost wages, mental and physical distress 1.5 million dollars wages lost for not being able to work for rest of my life.

_____          Wry- Sull AKA Blackbear
Original Signature of Attorney (if any)        Original Signature of Plaintiff

_____
_____

Attorney's full address and telephone number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at  DELAWARE COUNTY JAIL  JAY OKLAHOMA  on  12/10/13 .
                                (Location)                                                                         (Date)

                                                            Way-Sull aka Blackbear
                                                            (Original Signature of Plaintiff)

Wayne Snell
AKA Blackbar.

## (CAUSE OF ACTION) (Supporting Facts.)

1)(2) Bobby Hartley and Under Sheriff Carl Sloan. I was then escorted by under sheriff Carl Sloan to a medical center in Grove Oklahoma, where I was told I had some major damage, and needed more severe medical attention. I was then escorted back to Delaware County Jail where the jail administrator Bobby Hartley and Carl Sloan told me that I was gonna be O.R. Bonded out. on 2/25/13 I received no more medical attention and was let limp right out the door, and limped in agonizing pain all the way home in the rain to Kansas Oklahoma.

Wayne Snell.

AKA Blackbear

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 USC § 1983
DELAWARE COUNTY OKLAHOMA SHERIFFS DEPARTMENT

Wayne Snell

Filed grievence about my leg on 11/20/13 gave to Frumyer and received copy during church.

11/22/13 asked for lawyers phone numbers and asked to make personal call to them before lunch and Sgt Heather said per sheriff and undersheriff on phone outside in there booth unless it pertained to my case I was in here on, after I said it was personal and about medical problems.

Wayne Snell aka Blackbear was released on O.R. bond on 2/25/13 due to slip in shower causing to tear tendons in left leg, was taken to medical center in Grove Okla, and was told it had major damage and needed surgery. I recieved no more medical attention and was O.R. bonded out and let limp and walk out the door, had to walk home no ride.

Wayne Snell aka Blackbear was seen by delaware county issued doctor on 11/14/13 and also was told I had major tear and needs surgery nothing further was scedualed. also was told by doctor after asked for some strong medication that he would do it and shouldnt have been a dumbass and got myself in here where I cont receive that kind of help. Sgt Heather and Amber was in booth when he said it

I Wayne Snell AKA Blackbear brought my medical problem of torn tendons in left leg to Sheriff Harlen Moore and under sheriff Carl Sloans attention during shakedown and bed exchange on 11/13/13 between the hours of 6:00pm and 10:00pm where all the inmates where on the wall and heard me tell him and all he, Harlen Moore and Sloan could say is I should have got it fixed before I came in here.

Wayne Snell / 12/11/13

**DELAWARE COUNTY SHERIFF'S DEPT.**

**GENERAL GRIEVANCE REPORT**
(PRINT OR WRITE CLEARLY)

NAME OF PERSON OR AREA COMPLAINED ABOUT: Delaware County Medical Attention.   DATE AND T: 11/19/13

ALLEGED VIOLATION OR CAUSE OF COMPLAINT: Delaware County wont give me the correct medical Attenti

DATE AND TIME OF INCIDENT: 11/19/13   LOCATION OF OCCURENCE: Delaware County Jail

YOUR NAME: Wayne Snell, Blackbear   ADDRESS: P.O. Box 644 Kansas OK 74347   PHONE NO: N/A

HAVE YOU FILED ON THIS PERSON OR AREA BEFORE: ___ YES ; ✓ NO    IF SO WHEN: N/A   REASON:

WITNESS: Josh Hawley
WITNESS: Stephan Baghy   Nathaniel J Sachse 79510 dc
WITNESS: Marvin Tinnin
WITNESS: Chris Reidue

**EXPLAIN IN DETAIL**

I have all three major tendons torn in left knee, and am not able to get the right medical attention for it, or the right pain medications. I brought it to Sheriff Harlen Moores Attention on 11/13/13

but all he could say is I should have got it fixed on the outside. I had appointments but couldnt make them do to no ride. I had scediualed MRI and to see a specialist in tulsa. I would like to get those rescediualed, and to be seen by a correct Doctor where I can receive help, and surgery, and correct Pain medications

*(left margin, vertical):* The Doctor that comes here told me I shouldnt have been a dumbass an gotton myself in here where I cant receive help.



Wayne Snell
P.O. Box 496
Jay OK. 74346

Legal Mail

13 CV - 789 TCK - FHM

Clerk United States District Court
Northern District of Oklahoma
333 West Fourth Street, Room 411
Tulsa Oklahoma, 74103-3819

postmarked 12/13/13

RECEIVED
DEC 16 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT